| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gergel, Richard M. | 2. Court or Organization<br><br>District of South Carolina | 3. Date of Report<br><br>5/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>United States District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>85 Broad Street<br>Charleston, SC 29401 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Columbia City Council Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | 8/4-8/6/2011 | Hilton Head, SC | Presentation | Hotel and Registration |
| 2. | SC Defense Trial Attorneys | 11/3-11/6/2011 | Amelia Island | Presentation and Meeting | Hotel and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gergel, Richard M.** | 5/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Investment Property: Edisto Beach, South Carolina | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 5/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Investment Property, Edisto Beach, SC | E | Rent | P1 | W | | | | | |
| 2.  Investment Property, Charleston, SC (Y) | | | | | | | | | |
| 3.  1519 Richland LLP, Columbia, SC | D | Rent | M | W | | | | | |
| 4.  Prudential Life Insurance | | None | K | T | | | | | |
| 5.  Columbia Cash Reserves | B | Int./Div. | J | T | | | | | |
| 6.  Alliance Balance Wealth Strategies Class A | A | Int./Div. | | | Sold | 02/16/11 | K | | |
| 7.  Am. U.S. Government Securities Class B | A | Int./Div. | K | T | | | | | |
| 8.  Am. Balanced Class A | A | Int./Div. | K | T | Sold (part) | 08/23/11 | K | | |
| 9.  Am. Balanced Class B | | None | J | T | Merged (with line 8) | 2/6/11 | J | | |
| 10. Am. High Income Trust Class A | B | Int./Div. | K | T | | | | | |
| 11. Columbia Marsico Focused Eq. Class A | A | Int./Div. | | | Sold | 12/12/11 | K | | |
| 12. AM. Europacific Growth Class A | A | Int./Div. | | | Sold | 12/12/11 | J | | |
| 13. Goldman Sachs Strategic Fund | A | Int./Div. | | | Sold | 12/12/11 | J | | |
| 14. Hartford Advisors Class A | A | Int./Div. | | | Sold | 12/12/11 | J | | |
| 15. Putnam International Equity Class A | | None | | | Sold | 2/16/11 | K | | |
| 16. Am. Washington Mutual Inv. Class B | A | Int./Div. | K | T | | | | | |
| 17. AllianceBer Large Cap Growth Class A | A | Int./Div. | | | Sold | 4/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 5/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Divident Growth Class B | A | Int./Div. | J | T | | | | | |
| 19. Morgan Stanley European Equity Class B | A | Int./Div. | | | Sold | 4/20/11 | J | | |
| 20. Morgan Stanley Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 21. Morgan Stanley Strategist Fund A | A | Int./Div. | J | T | | | | | |
| 22. Bank Meridian NA (Y) | | | | | | | | | |
| 23. VistaBank South Carolina | | None | K | T | | | | | |
| 24. Bank of America | A | Int./Div. | K | T | | | | | |
| 25. TIAA-CREF | D | Int./Div. | M | T | | | | | |
| 26. Columbia Tax Exempt Reserves | A | Int./Div. | | | Sold | 3/15/11 | J | | |
| 27. Wachovia Certificates of Deposit | A | Int./Div. | J | T | | | | | |
| 28. Morgan Stanley Global Div. Growth/ Section A | A | Int./Div. | J | T | | | | | |
| 29. Am. Short Term Bond/Class A | A | Int./Div. | K | T | | | | | |
| 30. Lord Abbott Short Duration Tax Free Fund | B | Int./Div. | K | T | Sold (part) | 2/16/11 | K | | |
| 31. Blackrock Global Allocation Fund | B | Int./Div. | K | T | Sold (part) | 2/16/11 | K | | |
| 32. Templeton Global Bond Fund | B | Int./Div. | J | T | Sold (part) | 04/20/11 | J | | |
| 33. American Fund Global Balanced Fund | A | Int./Div. | K | T | Buy | 4/20/11 | K | | |
| 34. FIA Card SErvices Money Market | A | Int./Div. | M | T | Buy | 8/5/2011 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 5/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Variable Interest HSBC | A | Int./Div. | K | T | Buy | 8/15/11 | K | | |
| 36. Merill Lynch Bank Deposit Fund | A | Int./Div. | J | T | Buy | 3/15/11 | J | | |
| 37. BOA Cash Reserve Money Market Fund | A | Int./Div. | J | T | Buy | 3/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 5/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 4, line 2- This asset has shifted from investment propoerty ▮▮▮▮▮▮▮ .

2. Part VII, page 4, line 8 - Part Sold on 12/12/11, Value M

3. Part VII, page 4, line 9- Converted to Class A

4. Part VII, page 5, line 22- Bank placed in receivership by regulators and stock rendered worthless

5. Part Vii, page 5, line 30- Part Sold on 5/17/11, Value J; Part sold on 7/22/11, Value J; Part sold on 10/26/11, Value J

6.  Part VII, page 6, line 31- Part Sold on 4/20/11, Value J; Part sold on 4/28/11, Value J; Part sold on 6/17/11, Value K; Part sold on 9/13/11, Value J; Part sold on 10/26/11, Value J; Part sold on 11/23/11, Value K.

7. Part VII, page 6, line 32- Part Sold on 7/7/11, Value J; Part sold on 10/26/11, Value J; Part sold on 12/12/11, Value K

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 5/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Gergel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544